<SEQ>

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUADALUPE PEREZ, Jr., | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| v. | § | CIVIL ACTION H-05-1390 |
| | § | |
| DOUG DRETKE, | § | |
| Respondent. | § | |

FINAL JUDGMENT

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED with prejudice.

SIGNED the 27th day of April, 2005.

David Hittner
United States District Judge